THOMAS R. BURKE (State Bar No. 141930)
DUFFY CAROLAN (State Bar No. 154988)
**Error! Unknown document property name.**
One Embarcadero Center, Suite 600
San Francisco, California 94111-3611
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599

MEREDITH FUCHS
*Appearing Pro Hac Vice*
The National Security Archive
The George Washington University
Gelman Library, Suite 170, 2130 H Street NW
Washington, D.C. 20037
Telephone:    (202) 994-7000
Facsimile:    (202) 994-7005

Attorneys for Plaintiff LARRY BERMAN

**Error! Unknown document property**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| LARRY BERMAN, | ) Civ. S-04-2699 DFC-DAD |
|---|---|
| Plaintiff, | ) **STIPULATION TO MANUALLY FILE EVIDENCE IN SUPPORT OF PLAINTIFF LARRY BERMAN'S CROSS-MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF OPPOSITION TO CIA'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, | |
| Defendant. | ) Time: 10:00 a.m.<br>) Date:  June 1, 2005<br>) Courtroom: 7 (Hon. David F. Levi) |

Pursuant to Local Rule 5-133(b), Plaintiff Larry Berman and Defendant Central Intelligence Agency, through their respective attorneys of record, hereby stipulate that given the volume of evidence to be presented by Plaintiff Larry Berman, which will be over 200 pages, in support of his Cross-Motion for Summary Judgment and in Opposition to CIA's Motion for Summary Judgment, Plaintiff's evidence may be served and filed in paper form via FedEx on May 2, 2005.

DATED: April 25, 2005            DAVIS WRIGHT TREMAINE LLP

                                 By:  _____/s/
                                      THOMAS R. BURKE
                                      DUFFY CAROLAN
                                      Attorneys for Plaintiff LARRY BERMAN

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

By: _____/s/_____  
MCGREGOR W. SCOTT, U.S. Attorney  
YOSHINORI H. T. HIMEL, Assistant U.S. Attorney  
ELIZABETH J. SHAPIRO, Assistant Director  
CAROLINE LEWIS WOLVERTON, Trial Attorney  

Attorneys for Defendant CENTRAL INTELLIGENCE AGENCY

**Error! Unknown document property**

**ORDER**

Good cause appearing, IT IS SO ORDERED.

DATE:        April 26, 2005:            ____/s/ David F. Levi_____
                                        DAVID F. LEVI
                                        United States District Judge